UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HEATHER M. McCOY COLEMAN, et al.,      :   06 Civ. 2725 (ENV)

                    Plaintiffs,    :   **STIPULATION DISCONTINUING ACTION AGAINST ABBOTT LABORATORIES WITH PREJUDICE**

       - against -                  :

THE ABBOTT LABORATORIES, et al.,       :

                    Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Heather M. McCoy Coleman and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action as to plaintiff Heather M. McCoy Coleman be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~October __, 2008~~
February 23, 2009

DOUGLAS & LONDON, P.C.                        PATTERSON BELKNAP WEBB & TYLER LLP

By: _____                 By: _____
    Michael A. London (ML-7510)                      Robert D. Wilson, Jr. (RDW-4357)
Attorneys for Plaintiff                       Attorneys for Defendant
111 John Street, 14th Floor                     Abbott Laboratories
New York, New York 10038                      1133 Avenue of the Americas
Telephone: (212) 566-7500                     New York, New York 10036
                                                       Telephone: (212) 336-2000

SO ORDERED:

_____
HON. ERIC N. VITALIANO

1310730v.1