UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
HEATHER M. McCOY COLEMAN, et al.,    :    06 Civ. 2725 (ENV)

                      Plaintiffs,    :    **STIPULATION DISCONTINUING ACTION AGAINST ABBOTT LABORATORIES WITH PREJUDICE**

         - against -    :

THE ABBOTT LABORATORIES, et al.,    :

                      Defendants.    :
-------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Joanne Michelle Chee and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action as to plaintiff Joanne Michelle Chee be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
~~October ___, 2008~~
February 23, 2009

DOUGLAS & LONDON, P.C.

By: _____
Michael A. London (ML-7510)
Attorneys for Plaintiff
111 John Street, 14th Floor
New York, New York 10038
Telephone: (212) 566-7500

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
Robert D. Wilson, Jr. (RDW-4357)
Attorneys for Defendant
 Abbott Laboratories
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

SO ORDERED:    APR 2 0 2009

_____
HON. ERIC N. VITALIANO

1310736v.1