UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
HEATHER M. McCOY-COLEMAN, WENDY      :
McCOY, and JOANNE MICHELLE CHEE,     :  CV 06 2725 (ENV)
                                     :
            Plaintiffs,              :
                                     :  STIPULATION AND
     - against -                     :  ORDER OF DISMISSAL
                                     :  AS TO PLAINTIFF
THE ABBOTT LABORATORIES, et al.,     :  JOANNE CHEE
                                     :
            Defendants.              :
                                     :
                                     :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Joanne Chee and for defendant Eli Lilly and Company, that whereas no party to this action is an infant or an incompetent person for whom a committee has been appointed and that no person not a party to this action has an interest in the subject matter, this action shall be and hereby is dismissed with prejudice and without costs by and between plaintiff Joanne Chee and defendant Eli Lilly and Company.

Dated:   New York, New York           DOUGLAS & LONDON, P.C.
         December 2  , 2009

                                      By: _____
                                         Michael A. London, Esq.
                                      Attorneys for Plaintiff
                                      111 John Street, 14th Floor
                                      New York, New York  10038
                                      (212) 566-7500

Dated: New York, New York          PEPPER HAMILTON LLP
       Dec   31   , 2009

                                   By: _____
                                       Samuel J. Abate, Jr.
                                   Attorneys for Defendant
                                   Eli Lilly and Company
                                   The New York Times Building
                                   620 Eighth Avenue
                                   New York, New York 10018
                                   (212) 808-2700

s/ ORDERED:

_____
U.S.D.J.
JAN 2 7 2010