UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
HEATHER M. McCOY-COLEMAN, WENDY         :
McCOY, and JOANNE MICHELLE CHEE,        :  CV 06 2725 (ENV)
                                        :
            Plaintiffs,                 :
                                        :  STIPULATION AND
    - against -                         :  ORDER OF DISMISSAL
                                        :  AS TO PLAINTIFF
THE ABBOTT LABORATORIES, et al.,        :  WENDY McCOY
                                        :
            Defendants.                 :
                                        :
                                        :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Wendy McCoy and for defendant Eli Lilly and Company, that whereas no party to this action is an infant or an incompetent person for whom a committee has been appointed and that no person not a party to this action has an interest in the subject matter, this action shall be and hereby is dismissed with prejudice and without costs by and between plaintiff Wendy McCoy and defendant Eli Lilly and Company.

Dated:   New York, New York          DOUGLAS & LONDON, P.C.
         December __, 2009

                                     By: _____
                                         Michael A. London, Esq.
                                     Attorneys for Plaintiff
                                     111 John Street, 14th Floor
                                     New York, New York  10038
                                     (212) 566-7500

Dated:  New York, New York          PEPPER HAMILTON LLP
        Dec     31   , 2009

By: *[signature]*
Samuel J. Abate, Jr.
Attorneys for Defendant
Eli Lilly and Company
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 808-2700

SO ORDERED:

_____
U.S.D.J.

JAN 27 2010

2