```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
HEATHER M. McCOY-COLEMAN, WENDY    :
McCOY, and JOANNE MICHELLE CHEE,   :  CV 06 2725 (ENV)
                                   :
          Plaintiffs,              :
                                   :  STIPULATION AND
    - against -                    :  ORDER OF DISMISSAL
                                   :  AS TO PLAINTIFF
THE ABBOTT LABORATORIES, et al.,   :  HEATHER McCOY-
                                   :  COLEMAN
          Defendants.              :
                                   :
                                   :
----------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned attorneys for plaintiff Heather McCoy-Coleman and

for defendant Eli Lilly and Company, that whereas no party to

this action is an infant or an incompetent person for whom a

committee has been appointed and that no person not a party to

this action has an interest in the subject matter, this action

shall be and hereby is dismissed with prejudice and without

costs by and between plaintiff Heather McCoy-Coleman and

defendant Eli Lilly and Company.

Dated:    New York, New York        DOUGLAS & LONDON, P.C.
          _____ , 2009

                                    By:_____
                                       Michael A. London, Esq.
                                    Attorneys for Plaintiff
                                    111 John Street, 14th Floor
                                    New York, New York  10038
                                    (212) 566-7500

Dated:   New York, New York          PEPPER HAMILTON LLP
         Dec         31 , 2009


                                     By: _Samuel Abate_____
                                         Samuel J. Abate, Jr.
                                     Attorneys for Defendant
                                     Eli Lilly and Company
                                     The New York Times Building
                                     620 Eighth Avenue
                                     New York, New York 10018
                                     (212) 808-2700


'SO ORDERED:/


_____
U.S.D.J.

           Jan 27 2010

2