UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
HEATHER M. McCOY COLEMAN, WENDY : Case No. 06-CV-2725
McCOY, JOANNE MICHELLE CHEE, :
:
Plaintiff, : **STIPULATION**
-against- : **AND ORDER OF DISMISSAL**
: **WITH PREJUDICE WITH**
THE ABBOTT LABORATORIES, et al., : **REGARD TO**
: **WENDY McCOY**
Defendants. :
:
---------------------------------x

**IT IS HEREBY STIPULATED** by the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, all claims of **WENDY McCOY** in the above-entitled action are dismissed as to **MERCK SHARP & DOHME CORP.** with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
December___, 2009 2/13

DOUGLAS & LONDON, LLP          HUGHES HUBBARD & REED LLP

By:_____     By:_____
   Michael A. London              Beatrice A. Hamza Bassey

111 John Street, 14th Floor    One Battery Park Plaza
New York, New York 10038       New York, New York 10004
(212) 566-7500                 (212) 837-6778

Attorneys for Plaintiff        Attorneys for Defendant Merck Sharp &
Wendy McCoy                    Dohme Corp.

**JAN 3 1 2012**

SO-ORDERED this ___ Day of _____, 2009

s/ ENV